UNITED STATES, Appellee

v

THOMAS PETER PLYS, Seaman Apprentice, U. S. Navy,
Appellant

No. 26,677

June 22, 1973

*Captain D. A. Higley,* USMC, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel G. L. Bailey,* USMC, and *Lieutenant E. Alan Hechtkopf,* JAGC, USNR, were on the pleadings for Appellee, United States.

## OPINION OF THE COURT

PER CURIAM:

In this case, evidence of a proceeding under Article 15, Uniform Code of Military Justice, 10 USC § 815, in which the accused had been restricted as punishment, was admitted at sentencing. The decision of the Court of Military Review is affirmed. United States v Shamel, 22 USCMA —, — CMR — (June 22, 1973).

Chief Judge DARDEN would affirm the decision below for the reasons set forth in his separate opinion in United States v Alderman, 22 USCMA 298, 46 CMR 298 (1973).